# Court of Appeals
# of the State of Georgia

ATLANTA,  January 23, 2015

*The Court of Appeals hereby passes the following order:*

## A15A0920.  TOMIKA K. HAYES v. MELVIN L. DANSBY.

Tomika Hayes filed a medical malpractice action against Melvin Dansby in magistrate court.  After an unfavorable ruling, Hayes appealed to superior court, which dismissed her appeal.  Hayes filed a notice of appeal to this Court, but we lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court.  Hayes's failure to file an application for discretionary appeal in this case deprives this Court of jurisdiction over this direct appeal.  See *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997).

For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/23/2015
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.